IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ERIK GARCIA,                                         )
                                                     )
            Plaintiff,                               )
                                                     )          CIVIL ACTION
vs.                                                  )
                                                     )          FILE No.  4:19-CV-02987
BUILDING ON ELM STREET CORP.,                        )
                                                     )
            Defendant.                               )


## NOTICE OF SETTLEMENT


Plaintiff, ERIK GARCIA ("Plaintiff"), by and through the undersigned counsel,

hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to

his case against Defendant, BUILDING ON ELM STREET CORP.

Plaintiff and Defendant, BUILDING ON ELM STREET CORP., are presently

preparing a formal settlement agreement for signature and intend to file a Joint

Stipulation to Approve Consent Decree and Dismissal of Defendant with Prejudice once

the agreement is finalized.  Plaintiff and  Defendant request forty-five (45) days within

which to file its dismissal documents.

Respectfully submitted this 4th day of November, 2019.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
*Attorney for Plaintiff*
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

1

## <u>CERTIFICATE OF SERVICE</u>

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

electronically using the CM/ECF system on  this 4th day of November, 2019.

<u>/s/Douglas S. Schapiro</u>
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 ● Tel (561) 807-7388 ● Fax (810) 885-5279