United States District Court
Southern District of Texas
**ENTERED**
December 19, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:19-CV-02987 |
| BUILDING ON ELM STREET CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING CONSENT DECREE AND
## DISMISSAL OF DEFENDANT WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant, **BUILDING ON ELM STREET CORP.**, with Prejudice filed December 16, 2019. The Court has carefully considered the joint stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant, BUILDING ON ELM STREET CORP., with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree; Defendant, BUILDING ON ELM STREET CORP., is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

SIGNED at Houston, Texas this 18TH day of December, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE